UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

MONIQUE DENISE WHEAT,

    Debtor.

_____

MONIQUE DENISE WHEAT,

    Plaintiff,

v.

GREAT LAKES HIGHER EDUCATION
CORP. AND UNITED STATES
DEPARTMENT OF EDUCATION,

    Defendants.

Case No. 18-30745-WRS
Chapter 7

Adv. Proc. 18-03041-WRS

## ORDER DISCHARGING DEBT

For the reasons set forth on the record on July 29, 2019, it is

ORDERED that the student loan debt is found to be not excepted from discharge pursuant to 11 U.S.C. § 523(a)(8) and therefore it is DISCHARGED.

Done this 29th day of July, 2019.

William R. Sawyer
United States Bankruptcy Judge

c:    Debtor, *Pro se*
    James J. DuBois, Attorney for United States Dept. of Education
    Samantha Miller, Attorney for United States Dept. of Education
    United States Department of Education
    Great Lakes Higher Education Corp.
    Carly B. Wilkins, Trustee
    Bankruptcy Administrator