**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **MONIQUE DENISE WHEAT,** | ) | |
| | ) | |
| Debtor. | ) | **CASE 18-30745-WRS** |
| | ) | |
| | ) | **CHAPTER 13** |
| **MONIQUE DENISE WHEAT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ADV. NO. 18-03041-WRS** |
| | ) | |
| **GREAT LAKES HIGHER** | ) | |
| **EDUCATION CORP.;** | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF EDUCATION,** | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO RECONSIDER, ALTER, OR AMEND JUDGMENT PURSUANT TO RULE 9023 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FRCP 59(E)

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, on behalf of the United States Department of Education, and pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure and Rule 59(e) of the Federal Rules of Civil Procedure, move the Court to reconsider, alter, or amend this Court's July 29, 2019 Order discharging the student loan debt of Debtor-Plaintiff Monique Denise Wheat. (Doc. #33)

A memorandum brief is filed herewith in support of this motion.

Respectfully submitted this 12th day of August, 2019.

Louis V. Franklin, Sr.
United States Attorney


By:     *s/ Samantha R. Miller*
        Assistant United States Attorney
        Massachusetts Bar Number: 690454
        P.O. Box 197
        Montgomery, AL 36101-0197
        Telephone: (334) 223-7280
        E-mail: Samantha.Miller@usdoj.gov

        R. Randolph Neeley
        Assistant United States Attorney
        Alabama Bar Number: 9083-E56R
        P.O. Box 197
        Montgomery, AL 36104
        Telephone: (334) 223-7280
        E-mail: rand.neeley@usdoj.gov

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant:

Monique Denise Wheat  
Pro Se  
44 Glenwood Drive, Apt. 404  
Luverne, AL 36049

Great Lakes Higher Education Corp.  
P.O. Box 7860  
Madison, WI 53707

                              /s/ Samantha R. Miller  
                              Assistant United States Attorney