UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

Monique Denise Wheat,

    Debtor,

Monique Denise Wheat,

    Plaintiff.

v.

Great Lakes Higher Education Corp and
United States Department of Education,

    Defendants.

Case No. 18-30745
Chapter 7

Adversary Proceeding
No. 18-3041

## TRANSMITTAL OF NOTICE OF APPEAL

    I, DeAnna W. Simmons, deputy clerk of the Bankruptcy Court for the Middle District of Alabama, hereby certify that the documents comprising the notice of appeal are available electronically by visiting the following link: https://fedcourts.sharepoint.com/sites/ALMB/Shared. This notice of appeal is transmitted to the clerk of the District Court for the Middle District of Alabama pursuant to Rule 8003(d), Federal Rules of Bankruptcy Procedure. When you have accepted the transmittal and downloaded the files, please send an email to appeals@almb.uscourts.gov acknowledging the transmittal so we can remove the files from the access point.

**Contents of Record:**
1. **Notice of Appeal** filed on February 8, 2022, at docket entry 54
2. **Memorandum Opinion** filed on January 25, 2022, at docket entry 50
3. **Order** filed on January 25, 2022, at docket entry 51

**PLEASE NOTE:**
Appellant Designation due by February 22, 2022
Transmittal of Record on Appeal due by March 9, 2022


Dated February 9, 2022

                                                                             DeAnna W. Simmons
                                                                             Deputy Clerk